IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD CLARK, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. 10-3164 |
| | : | |
| v. | : | |
| | : | |
| JOHN E. WETZEL, Commissioner, | : | |
| Pennsylvania Department of Corrections; | : | |
| LOUIS B. FOLINO, Superintendent of the | : | |
| State Correctional Institution at Greene; and | : | |
| MARIROSA LAMAS, Superintendent of | : | |
| the State Correctional Institution at | : | |
| Rockview, | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 25th day of September, 2023, after considering the Motion for Fed. R. Civ. P. Rule 60(b)(6) Relief (Doc. No. 81) and "Motion for a Commonwealth Answer to His August 1, 2023 Rule 60(b)(6) Motion and Request for Discovery" (Doc. No. 82) filed by the *pro se* movant, Ronald Clark; and after considering the overall record in this habeas matter; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The motion for relief under Federal Rule of Civil Procedure 60(b)(6) (Doc. No. 81), which this court has concluded is actually a second or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254, is **DISMISSED**;

2. The "Motion for a Commonwealth Answer to His August 1, 2023 Rule 60(b)(6) Motion and Request for Discovery" (Doc. No. 82) is **DENIED AS MOOT**; and

3. A certificate of appealability **SHALL NOT** issue.

                                                BY THE COURT:

                                                /s/ *Edward G. Smith*
                                                EDWARD G. SMITH, J.