IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONALD CLARK,** *Petitioner*, v. **JEFFREY A. BEARD,** *Respondent.* | Civil Action No. 10-cv-3164 |

### ORDER

**AND NOW**, this 14th day of August, 2024, upon consideration of Petitioner's motions to appoint counsel (ECF Nos. 98, 101), and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the motions are **DENIED**. To the extent the requirement for a certificate of appealability applies, it is recommended, pursuant to Third Circuit Local Rule 22.2, that no certificate of appealability should issue.

BY THE COURT:

/s/ Mitchell S. Goldberg
**MITCHELL S. GOLDBERG, J.**

1